# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Thomas A. Censke

                    Plaintiff,

v.                                       Case No.: 1:09−cv−03651
                                          Honorable Jeffrey Cole

United States of America

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2014:

      MINUTE entry before the Honorable Jeffrey Cole: Pursuant to Memorandum Opinion and Findings of Fact and Conclusions of Law entered this day, enter judgment in favor of defendant United States of America and against plaintiff Censke. This case is dismissed in its entirety.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.